AO 451 (Rev.12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

WESTERN   DISTRICT OF   WISCONSIN

PLUMBERS & STEAMFITTERS LOCAL 434
401 (K) SAVING PLAN, et al.

V.

LEROY FLEWELLEN, et al.

**CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT**

Case Number:   02-C-479-C

I, _____ Theresa M. Owens _____ Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action ___ 1/8/03 ___, as it appears in the records of this court, and that
                                                                                                          Date

\* No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

10/18/2004
Date

THERESA M. OWENS
Clerk

_(signature)_
(By) Deputy Clerk

\*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)



# United States District Court
Western District of Wisconsin
Post Office Box 432
Madison, Wisconsin 53701
(608) 264-5156

03TJ14   10:51A

## TRANSCRIPT OF JUDGMENT

**Debtor(s):**
LEROY FLEWELLEN D/B/A FLEWELLEN PLUMBING
FLEWELLEN, LEROY

**Creditor(s):**
PLUMBERS & STEAMFITTERS LOCAL 434 401(K) SAVINGS PLAN
PLUMBERS & STEAMFITTERS LOCAL 434 HEALTH FUND
PLUMBERS & STEAMFITTERS LOCAL 434 MARKET RECOVERY FUND
PLUMBERS & STEAMFITTERS LOCAL 434 UNION ASSESSMENT FUND
PLUMBERS & STEAMFITTERS LOCAL 434 EDUCATION FUND
PLUMBERS & STEAMFITTERS LOCAL 434 ORGANIZING FUND
PLUMBERS & STEAMFITTERS LOCAL 434 INDUSTRY FUND
PLUMBERS & STEAMFITTERS LOCAL 434 SUPPLEMENTAL PENSION FUND
PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND
BOARD OF TRUSTEES OF THE PLUMBING & PIPEFITTERS NATIONAL PENSION FUND
HINTZE, RICHARD

| Date | Description | Amount |
|---|---|---|
| 01/08/2003 | | $18,585.78 |

I, JOSEPH W. SKUPNIEWITZ, Clerk for the Western District of Wisconsin certify that I have compared the foregoing with the original judgment index now on file in this office. It is the correct transcript of judgment now on file in Case Number 02-C-0479-C.

IN TESTIMONY WHEREOF, I have hereto subscribed my name and affixed the seal of this court at on February 19, 2003.

JOSEPH W. SKUPNIEWITZ, CLERK

*Erica K. Clark*
DEPUTY CLERK