UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PLUMBERS & STEAMFITTERS LOCAL 434 401 (K) SAVINGS PLAN, et al,<br><br>            Plaintiff,<br><br>v.<br><br>LEROY FLEWELLEN, et al,<br><br>            Defendant<br>and<br><br>PUTNAM CAPITAL APPRECIATION FUND, PUTNAM NEW OPPORTUNITIES FUND, PUTNAM VISTA FUND, PUTNAM INTERNATIONAL EQUITY FUND, PUTNAM INTERNATIONAL CAPITOL OPPORTUNITIES FUND, AND PUTNAM NEW VALUE FUND<br><br>            Defendant Trustees. | Case No. 04-mc-10321-GAO |

## SUMMONS TO TRUSTEE

**To the above-named Trustee:**    **Putnam Vista Fund**
                                                       **c/o Richard Cutler**
                                                       **One Post Office Square**
                                                       **Boston, Massachusetts 02109**

You are hereby summoned and required to file, within twenty (20) days after service of this Summons upon you, exclusive of the day of service, a disclosure under oath of what goods, effects, monies, or credits, if any, of Defendant Leroy Flewellen, are in your hands or possession at the time of the service of this summons upon you which may be taken on execution as the Plaintiffs, Plumbers & Steamfitters Local 434 401(k) Savings Plan, et al, whose attorney is Jonathan M. Conti, Esq., of Feinberg, Campbell &

Zack, P.C., may recover pursuant to a Judgment entered against said Defendant Leroy Flewellen in the United States District Court for the Western District of Wisconsin, to the value of $18,783.78, which Judgment was registered in the United States District Court for the District of Massachusetts on November 4, 2004. If you do not do so, judgment by default will be taken against you and you will be adjudged Trustee as alleged.

Upon information and belief, Defendant Leroy Flewellen owns shares of an individual retirement account with the Putnam New Vista Fund.

You are hereby notified that pursuant to Massachusetts General Laws, c. 235, § 34A, that up to seven (7) percent of the total income of such individual within five years of entry of judgment is exempt from this attachment.

Date: _April 28, 2004_

**SARAH A. THORNTON**
Clerk of Court

### PROOF OF SERVICE ON TRUSTEE

I hereby certify and return that on _____, I served a copy of the within summons upon the named Trustee, in the following manner:

_____

_____
(Signature)

_____
(Name and title)

_____
(Address)

2