UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PLUMBERS & STEAMFITTERS LOCAL 434 )
401 (K) SAVINGS PLAN, et al, )
                Plaintiff, )
                           )
v.                                )   Case No. 04-mc-10321-GAO
                           )
LEROY FLEWELLEN, et al, )
                Defendant )
and )
PUTNAM CAPITAL APPRECIATION FUND, )
PUTNAM NEW OPPORTUNITIES FUND, )
PUTNAM VISTA FUND, )
PUTNAM INTERNATIONAL EQUITY FUND )
PUTNAM INTERNATIONAL CAPITOL )
OPPORTUNITIES FUND, AND )
PUTNAM NEW VALUE FUND. )
              Defendant Trustees. )

## SUMMONS TO TRUSTEE

**To the above-named Trustee:**    **Putnam New Opportunities Fund**
                                                  **c/o George Putnam**
                                                  **One Post Office Square**
                                                  **Boston, Massachusetts 02109**

      You are hereby summoned and required to file, within twenty (20) days after service of this Summons upon you, exclusive of the day of service, a disclosure under oath of what goods, effects, monies, or credits, if any, of Defendant Leroy Flewellen, are in your hands or possession at the time of the service of this summons upon you which may be taken on execution as the Plaintiffs, Plumbers & Steamfitters Local 434 401(k) Savings Plan, et al, whose attorney is Jonathan M. Conti, Esq., of Feinberg, Campbell &

Zack, P.C., may recover pursuant to a Judgment entered against said Defendant Leroy Flewellen in the United States District Court for the Western District of Wisconsin, to the value of $18,783.78, which Judgment was registered in the United States District Court for the District of Massachusetts on November 4, 2004. If you do not do so, judgment by default will be taken against you and you will be adjudged Trustee as alleged.

Upon information and belief, Defendant Leroy Flewellen owns shares of an individual retirement account with the Putnam New Opportunities Fund.

You are hereby notified that pursuant to Massachusetts General Laws, c. 235, § 34A, that up to seven (7) percent of the total income of such individual within five years of entry of judgment is exempt from this attachment.

Date: *April 28, 2004*

**SARAH A. THORNTON**
Clerk of Court

## PROOF OF SERVICE ON TRUSTEE

I hereby certify and return that on _____, I served a copy of the within summons upon the named Trustee, in the following manner:

_____

_____
(Signature)

_____
(Name and title)

_____
(Address)

2



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

May 6, 2005

I hereby certify and return that on 5/5/2005 at 10:35AM I served a copy of the within Summons to Trustee, Motion Affidavit, Motion Order to the within named Trustee, Putnam New Opportunities Fund, Trustee by giving in hand to J.Thorsen, Adm Asst in charge of its business. A copy of the Summons to Trustee, Motion Affidavit, Motion Order with the deputy's endorsement thereon, was served upon the defendant in the manner provided by Rule 5 of the Rules of Court on 5/6/2005.  U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($3.00), Attest/Copies ($10.00) Total Charges $49.00

Deputy Sheriff   John Cotter                                              *Deputy Sheriff*