UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PLUMBERS & STEAMFITTERS LOCAL 434 )
401 (K) SAVINGS PLAN, et al, )
 )
               Plaintiff, )
 )
v. ) Case No. 04-mc-10321
 )
LEROY FLEWELLEN, et al, )
 )
               Defendants. )

## POST-JUDGMENT MOTION FOR APPROVAL OF TRUSTEE PROCESS TO ATTACH INDIVIDUAL RETIREMENT ACCOUNTS, EX PARTE

Now come Plaintiffs Plumbers & Steamfitters Local 434 401 (k) Savings Plan, et al, in the above-titled matter and move for ex parte approval of trustee process to attach the Individual Retirement Accounts of the Defendant, Leroy Flewellen, in the amount of $18,783.78. As grounds for their Motion, Plaintiffs state as follows:

1. A judgment was entered in the above-referenced case in the United States District Court for the Western District of Wisconsin on January 8, 2003 in the amount of $18,783.78, attached hereto as Exhibit A.

2. On November 4, 2004, an Original Certification of Judgment for Registration in another District, the Transcript of Judgment from the United States District Court for the Western District of Wisconsin, and the proper filing fee, were filed with this Court. This Court then issued the original Judgment the case number 04-mc-10321.

3. The Plaintiff "may properly seek Trustee Process in accordance with Massachusetts State rules by Motion Post Judgment without the necessity of instituting a new action on the judgment." *Commercial Printers of Connecticut, Inc. v. Letter-Men Publishing Co.,* United States District Court, District of Massachusetts, Civil Action No. 86-3485-2WD (Collins, U.S. Magistrate, May 5, 1988).

4. Defendant Leroy Flewellen owns shares in individual retirement accounts with the Putnam Capital Appreciation Fund, the Putnam New Opportunities Fund, the Putnam Vista Fund, the Putnam International Equity Fund, the Putnam New Value Fund, and the Putnam International Capital Opportunities Fund.

5. The Putnam Capital Appreciation Fund is a voluntary association and trust with a business address at One Post Office Square, Boston, Massachusetts 02109.

6. The Putnam New Opportunities Fund is a voluntary association and trust with a business address at One Post Office Square, Boston, Massachusetts 02109.

7. The Putnam Vista Fund is a voluntary association and trust with a business address at One Post Office Square, Boston, Massachusetts 02109.

8. The Putnam International Equity Fund is a voluntary association and trust with a business address at One Post Office Square, Boston, Massachusetts 02109.

9. The Putnam New Value Fund is a voluntary association and trust with a business address at One Post Office Square, Boston, Massachusetts 02109.

10. The Putnam International Capital Opportunities Fund is a voluntary association and trust with a business address at One Post Office Square, Boston, Massachusetts 02109.

11. Pursuant to Massachusetts General Laws, Chapter 235, Section 34A, a Judgment Creditor may attach sums deposited in an individual retirement account in excess of seven percent of the Debtor's total income during the five year period preceding entry of judgment on January 8, 2003. *Elias Brothers Restaurant, Inc., v. Acorn Enterprises, Inc.*, 931 F.Supp. 930 (D.Mass. 1996).

WHEREFORE, Plaintiffs respectfully request that the Court grant their Motion for Approval of Post-Judgment Trustee Process to attach Individual Retirement Accounts of the Defendant, ex parte.

Dated: April  15 , 2005

Respectfully submitted,
For the Plaintiffs
By their Attorney

_____
Jonathan M. Conti
BBO # 657163
FEINBERG, CAMPBELL & ZACK, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976