UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PLUMBERS & STEAMFITTERS LOCAL 434 401 (K) SAVINGS PLAN, et al,<br><br>Plaintiff,<br><br>v.<br><br>LEROY FLEWELLEN, et al,<br><br>Defendants. | Case No. 04-mc-10321 |

**AFFIDAVIT OF PLAINTIFFS' ATTORNEY, JONATHAN M. CONTI, IN SUPPORT OF PLAINTIFFS' MOTION FOR APPROVAL OF POST-JUDGMENT TRUSTEE PROCESS TO ATTACH INDIVIDUAL RETIREMENT ACCOUNTS, EX PARTE**

I, Jonathan M. Conti, am the attorney for Plaintiffs Plumbers & Steamfitters Local 434 401 (k) Savings Plan, et al, in the above-titled matter and say of my own knowledge in support of this motion that:

1. This is a civil action in which a judgment was entered in the United States District Court for the Western District of Wisconsin on January 8, 2003 in the amount of $18,783.78.

2. On November 4, 2004, an Original Certification of Judgment for Registration in another District, the Transcript of Judgment from the United States District Court for the Western District of Wisconsin, and the proper filing fee, were filed with this Court.

3. This Court issued the original Judgment case number 04-mc-10321.

4. Upon information and belief, Defendant Leroy Flewellen owns shares in individual retirement accounts with the Putnam Capital Appreciation Fund, the Putnam New Opportunities Fund, the Putnam Vista Fund, the Putnam International Equity Fund, the Putnam New Value Fund, and the Putnam International Capital Opportunities Fund.

5. Upon information and belief, there are presently monies due said Defendants in the hands and possession of Trustees Putnam Capital Appreciation Fund, Putnam New Opportunities Fund, Putnam Vista Fund, Putnam International Equity Fund, Putnam New Value Fund and Putnam International Capital Opportunities Fund.

6. Upon information and belief, the Putnam Capital Appreciation Fund is a voluntary association and trust with a business address at One Post Office Square, Boston, Massachusetts 02109.

7. Upon information and belief, the Putnam New Opportunities Fund is a voluntary association and trust with a business address at One Post Office Square, Boston, Massachusetts 02109.

8. Upon information and belief, the Putnam Vista Fund is a voluntary association and trust with a business address at One Post Office Square, Boston, Massachusetts 02109.

9. Upon information and belief, the Putnam International Equity Fund is a voluntary association and trust with a business address at One Post Office Square, Boston, Massachusetts 02109.

10. Upon information and belief, the Putnam New Value Fund is a voluntary association and trust with a business address at One Post Office Square, Boston, Massachusetts 02109.

11. Upon information and belief, the Putnam International Capital Opportunities Fund is a voluntary association and trust with a business address at One Post Office Square, Boston, Massachusetts 02109.

12. The undersigned certifies that I know of no liability insurance available to satisfy the Judgment.

13. An ex parte attachment of the Individual Retirement Accounts in the hands and possession of the Trustees is required because there is a clear danger that the Defendant, if notified in advance of attachment requested, will remove or conceal the monies now held by Trustees.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 15th DAY OF APRIL, 2005.

Jonathan M. Conti