♦AO 451 (Rev. 12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

__WESTERN__ DISTRICT OF __WISCONSIN__

PLUMBERS & STEAMFITTERS LOCAL 434
401 (K) SAVING PLAN, et al.

V.

LEROY FLEWELLEN, et al.

CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT

Case Number:   02-C-479-C

I, __Theresa M. Owens__, Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action __1/8/03__ , as it
                                                                                                                Date

appears in the records of this court, and that

\* No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court.

__10/18/2004__
Date

**THERESA M. OWENS**
Clerk

_Viiina Balderas_
(By) Deputy Clerk

\*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)



United States District Court
Western District of Wisconsin
Post Office Box 432
Madison, Wisconsin 53701
(608) 264-5156

03TJ 14  10:51 A

## TRANSCRIPT OF JUDGMENT

Debtor(s):

LEROY FLEWELLEN D/B/A FLEWELLEN
PLUMBING
FLEWELLEN, LEROY

Creditor(s):

PLUMBERS & STEAMFITTERS LOCAL 434 401(K)
SAVINGS PLAN
PLUMBERS & STEAMFITTERS LOCAL 434 HEALTH
FUND
PLUMBERS & STEAMFITTERS LOCAL 434 MARKET
RECOVERY FUND
PLUMBERS & STEAMFITTERS LOCAL 434 UNION
ASSESSMENT FUND
PLUMBERS & STEAMFITTERS LOCAL 434
EDUCATION FUND
PLUMBERS & STEAMFITTERS LOCAL 434
ORGANIZING FUND
PLUMBERS & STEAMFITTERS LOCAL 434 INDUSTRY
FUND
PLUMBERS & STEAMFITTERS LOCAL 434
SUPPLEMENTAL PENSION FUND
PLUMBERS & PIPEFITTERS NATIONAL PENSION
FUND
BOARD OF TRUSTEES OF THE PLUMBING &
PIPEFITTERS NATIONAL PENSION FUND
HINTZE, RICHARD

| Date | Description | Amount |
|---|---|---|
| 01/08/2003 | | $18,585.78 |

I, JOSEPH W. SKUPNIEWITZ, Clerk for the Western District of Wisconsin certify that I have compared the foregoing with the original judgment index now on file in this office. It is the correct transcript of judgment now on file in Case Number 02-C-0479-C.

IN TESTIMONY WHEREOF, I have hereto subscribed my name and affixed the seal of this court at on February 19, 2003.

JOSEPH W. SKUPNIEWITZ, CLERK

_Erica L. Clark_
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 APR 18  P 1: 06

U.S. DISTRICT COURT
DISTRICT OF MASS

PLUMBERS & STEAMFITTERS LOCAL 434 )
401 (K) SAVINGS PLAN, et al, )
)
Plaintiff, )
)
v. ) Case No. 04-mc-10321
)
LEROY FLEWELLEN, et al, )
)
Defendants. )

## ORDER OF APPROVAL OF EX PARTE
## ATTACHMENT ON TRUSTEE PROCESS

This cause came on to be heard upon an ex parte Motion for an Order of Approval of Attachment on Trustee Process ex parte, and upon consideration thereof, a Judgment having been entered against Defendant in the United States District Court for the Western District of Wisconsin on January 8, 2003 in the amount of $18,783.78, which Judgment was registered in this court on November 4, 2004, and such amount of the Judgment being over and above any liability insurance known or reasonably believed to be available, the Court hereby finds that there is a clear danger that the Defendants, if notified in advance of the attachment on trustee process, will withdraw the goods, effects, monies, or credits from the hands and possession of the Trustees and remove them from the Commonwealth or will conceal them.

WHEREUPON, the court hereby approves attachment of trustee process in the amount of $18,783.78, subject to all applicable exemptions and limitations provided by law.

_____
(Special) Justice  District Judge

4/20/05
Date