UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
OFFICE

25

U.S. DISTRICT COURT
DISTRICT OF MA

|   |   |   |
|---|---|---|
| PLUMBERS & STEAMFITTERS LOCAL 434 401 (K) SAVINGS PLAN, et al, | ) ) ) |   |
| Plaintiff, | ) ) |   |
| v. | ) ) | Case No. 04-mc-10321-GAO |
| LEROY FLEWELLEN, et al, | ) ) |   |
| Defendant and | ) ) ) |   |
| PUTNAM CAPITAL APPRECIATION FUND, PUTNAM NEW OPPORTUNITIES FUND, PUTNAM VISTA FUND, PUTNAM INTERNATIONAL EQUITY FUND, PUTNAM INTERNATIONAL CAPITOL OPPORTUNITIES FUND, AND PUTNAM NEW VALUE FUND | ) ) ) ) ) ) ) ) |   |
| Defendant Trustees. | ) ) |   |

## SUMMONS TO TRUSTEE

**To the above-named Trustee:**     **Putnam Vista Fund**
**c/o Richard Cutler**
**One Post Office Square**
**Boston, Massachusetts 02109**

You are hereby summoned and required to file, within twenty (20) days after

service of this Summons upon you, exclusive of the day of service, a disclosure under

oath of what goods, effects, monies, or credits, if any, of Defendant Leroy Flewellen, are

in your hands or possession at the time of the service of this summons upon you which

may be taken on execution as the Plaintiffs, Plumbers & Steamfitters Local 434 401(k)

Savings Plan, et al, whose attorney is Jonathan M. Conti, Esq., of Feinberg, Campbell &

Zack, P.C., may recover pursuant to a Judgment entered against said Defendant Leroy

Flewellen in the United States District Court for the Western District of Wisconsin, to the

value of $18,783.78, which Judgment was registered in the United States District Court

for the District of Massachusetts on November 4, 2004. If you do not do so, judgment by

default will be taken against you and you will be adjudged Trustee as alleged.

Upon information and belief, Defendant Leroy Flewellen owns shares of an

individual retirement account with the Putnam New Vista Fund.

You are hereby notified that pursuant to Massachusetts General Laws, c. 235, §

34A, that up to seven (7) percent of the total income of such individual within five years

of entry of judgment is exempt from this attachment.

Date: *April 28, 2004*

**SARAH A. THORNTON**

Clerk of Court

## PROOF OF SERVICE ON TRUSTEE

I hereby certify and return that on _____, I served a copy of the within
summons upon the named Trustee, in the following manner:

_____

_____

(Signature)

_____

(Name and title)

_____

(Address)



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

May 6, 2005

I hereby certify and return that on 5/5/2005 at 10:35AM I served a true and attested copy of the Summons to Trustee, Motion Affidavit, Motion Order in this action in the following manner: To wit, by delivering in hand to J.Thorsen,  agent and person in charge at the time of service for Putnam Vista Fund, at ,  One Post Office Square,  C/O Richard Cutler Boston, MA 02109. U.S. District Court Fee ($5.00). Basic Service Fee (IH) ($30.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $41.00

Deputy Sheriff    John Cotter

_____

*Deputy Sheriff*