UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PLUMBERS & STEAMFITTERS LOCAL 434 401(K) SAVINGS PLAN, et al.,<br><br>        Plaintiff<br><br>v.<br><br>LEROY FLEWELLEN, et al.<br><br>        Defendant<br><br>and<br><br>PUTNAM CAPITAL APPRECIATION FUND,<br>PUTNAM NEW OPPORTUNITIES FUND,<br>PUTNAM VISTA FUND,<br>PUTNAM INTERNATIONAL EQUITY FUND,<br>PUTNAM INTERNATIONAL CAPITAL OPPORTUNITIES FUND, AND<br>PUTNAM NEW VALUE FUND<br><br>        Defendant Trustees. | )<br>)<br>)<br>)<br>)  Case No. 04-MC-10321-GAO<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

        Please enter my appearance as counsel of record for Defendant Trustees in the above-captioned action.

Dated May 24, 2005
Boston, Massachusetts

Respectfully submitted,

/s/ Christopher S. Fortier

Christopher S. Fortier (BBO #651054)
Assistant Vice President
Associate Litigation Counsel
Putnam, LLC
One Post Office Square
Boston, MA 02109