UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PLUMBERS & STEAMFITTERS LOCAL 434 401(K) SAVINGS PLAN, et al., <br><br>           Plaintiff <br><br> v. <br><br> LEROY FLEWELLEN, et al. <br><br>           Defendant <br><br> and <br><br> PUTNAM CAPITAL APPRECIATION FUND, PUTNAM NEW OPPORTUNITIES FUND, PUTNAM VISTA FUND, PUTNAM INTERNATIONAL EQUITY FUND, PUTNAM INTERNATIONAL CAPITAL OPPORTUNITIES FUND, AND PUTNAM NEW VALUE FUND <br><br>           Defendant Trustees. | Case No. 04-MC-10321-GAO |

## ANSWER OF DEFENDANT TRUSTEES

Putnam, LLC (d/b/a Putnam Investments), a limited liability company organized under the laws of the State of Delaware, with its principal offices located at One Post Office Square, Boston, Massachusetts, answers to the Summons To Trustee on behalf of the Putnam Capital Appreciation Fund, Putnam New Opportunities Fund, Putnam Vista Fund, Putnam International Equity Fund, Putnam International Capital Opportunities Fund, and Putnam New Value Fund issued in this matter as follows:

1.   Putnam, LLC, is a holding company for the various entities that provide investment management and other services to the Putnam family of mutual funds (collectively "Putnam"). Putnam Investments is the trade name for this complex of entities that are subsidiaries of Putnam, LLC.

2. Putnam Fiduciary Trust Company ("PFTC") d/b/a Putnam Investor Services serves as transfer agent for the Putnam funds and maintains records of shareholder accounts in the Putnam funds.

3. A review of PFTC's records located records of individual retirement accounts in the Putnam Capital Appreciation Fund, Putnam New Opportunities Fund, Putnam Vista Fund, Putnam International Equity Fund, International Capital Opportunities Fund and Putnam New Value Fund registered to PFTC as trustee of the Leroy S. Flewellen IRA and Roth IRA Plan (the "Accounts"). As of date of service, May 5, 2005, the total market value of the Accounts was $20,575.17. However, the market value of the Accounts may fluctuate in response to changing market conditions.

4. In accordance with the Summons To Trustee, the Accounts have been restricted pending further orders of the Court.

5. Putnam will abide by the final judgment issued by the Court in the matter.

Putnam expressly reserves its right to amend this answer and to seek an award of attorney fees and costs should the plaintiff seek any damages, fees, costs, or other monetary relief from Putnam.

Dated May 24, 2005  
Boston, Massachusetts

Respectfully submitted,

_____  
Christopher S. Fortier (BBO #651054)  
Assistant Vice President  
Associate Litigation Counsel  
Putnam, LLC  
One Post Office Square  
Boston, MA 02109

CERTIFICATE OF SERVICE

I hereby certify that on this the 24th day of May, 2005, a true copy of the foregoing Answer Of Defendant Trustees has been served by hand to Jonathan M. Conti, Esq., Feinberg, Campbell & Zack, P.C., 177 Milk Street, Boston, MA 02109 and by first class mail to Leroy S. Flewellen, 8732 Klondike Drive, Marshfield, WI 54449-9691.

*[signature]*
Christopher S. Fortier (BBO #651054)
Assistant Vice President
Associate Litigation Counsel
Putnam, LLC
One Post Office Square
Boston, MA 02109