UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PLUMBERS & STEAMFITTERS LOCAL 434 )<br>401 (K) SAVINGS PLAN, et al, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>LEROY FLEWELLEN, et al, )<br>)<br>   Defendant )<br>and )<br>)<br>PUTNAM CAPITAL APPRECIATION FUND, )<br>PUTNAM NEW OPPORTUNITIES FUND, )<br>PUTNAM VISTA FUND, )<br>PUTNAM INTERNATIONAL EQUITY FUND )<br>PUTNAM INTERNATIONAL CAPITAL )<br>OPPORTUNITIES FUND, AND )<br>PUTNAM NEW VALUE FUND. )<br>)<br>   Defendant Trustees. )<br>) | Case No. 04-mc-10321-GAO |

## PLAINTIFFS' MOTION TO CHARGE TRUSTEES

NOW COME Plaintiffs, Plumbers & Steamfitters Local 434 401(K) Savings Plan, et al, in the above-entitled matter and state that the Trustees, Putnam Capital Appreciation Fund, Putnam New Opportunities Fund, Putnam Vista Fund, Putnam International Equity Fund, Putnam International Capital Opportunities Fund, and Putnam New Value Fund, have filed an Answer admitting that funds of the Defendant, Leroy Flewellen, are being held in the sum of $20,575.17.

Plaintiffs' Judgment against Defendant is in the amount of $18,783.78, which, pursuant to Massachusetts General Laws, Chapter 235, Section 34A, exceeds 7% of the

total income of Defendant during the five-year period preceding entry of judgment on January 8, 2003.

WHEREFORE, Plaintiffs move that the Trustees Putnam Capital Appreciation Fund, et al, be charged upon the Answer filed in the amount of $18,783.78.

Dated: May 26, 2005

Respectfully submitted,
For the Plaintiffs
By their Attorney

Jonathan M. Conti, BBO#657163
FEINBERG, CAMPBELL & ZACK, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

## CERTIFICATE OF SERVICE

I, Jonathan M. Conti, hereby certify that I caused a true copy of the foregoing document to be served by certified mail on Christopher S. Fortier, Esq., Putnam LLC, One Post Office Square, Boston, MA 02109 and Leroy S. Flewellen, 8732 Klondike Drive, Marshfield, WI 54449-9691.

Jonathan M. Conti