UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PLUMBERS & STEAMFITTERS LOCAL 434 )<br>401 (K) SAVINGS PLAN, et al, )<br>)<br>     Plaintiff, )<br>)<br>v. )<br>)<br>LEROY FLEWELLEN, et al, )<br>)<br>     Defendant )<br>and )<br>)<br>PUTNAM CAPITAL APPRECIATION FUND, )<br>PUTNAM NEW OPPORTUNITIES FUND, )<br>PUTNAM VISTA FUND, )<br>PUTNAM INTERNATIONAL EQUITY FUND )<br>PUTNAM INTERNATIONAL CAPITAL )<br>OPPORTUNITIES FUND, AND )<br>PUTNAM NEW VALUE FUND. )<br>)<br>     Defendant Trustees. )<br>) | Case No. 04-mc-10321-GAO |

## JUDGMENT

Plaintiffs, Plumbers & Steamfitters Local 434 401(K) Savings Plan, et al, having served Defendant Trustees Putnam Capital Appreciation Fund, Putnam New Opportunities Fund, Putnam Vista Fund, Putnam International Equity Fund, Putnam International Capital Opportunities Fund, and Putnam New Value Fund, with Summons to Trustees, and said Defendant Trustees having filed an Answer admitting that funds of the Defendant, Leroy Flewellen, are being held in the sum of $20,575.17, and that the amount of the Judgment against Defendant Leroy Flewellen exceeds 7% of the total income of Defendant during the five-year period preceding entry of judgment on January 8, 2003, it is hereby

ORDERED, ADJUDGED AND DECREED that Trustees Putnam Capital Appreciation Fund, et al, is charged upon the Answer filed in the amount of $18,783.78.

So Ordered.

_____
Hon. George A. O'Toole

_____
Date  9/7/05