UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 SEP 19 P 4: 18

**TRUSTEE EXECUTION**   CIVIL ACTION 04-mc-10321-GAO

U.S. DISTRICT COURT
DISTRICT OF MASS

To the United States Marshal for the District of Massachusetts or his deputies and to the Sheriffs of the Counties of the Commonwealth of Massachusetts or their Deputies;

WHEREAS, **Plumbers & Steamfitters Local 434 401(K) Savings Plan, et al**, have recovered a Judgment against **Leroy Flewellen**, on the 8th day of January 2003, from the United States District Court for the Western District of Wisconsin, and for which an Original Certification of Judgment for Registration was filed for said Judgment in this Court on November 4, 2004, for the sum of **$18,783.78** debt or damage; and whereas by the consideration of this same Court, execution was likewise awarded on September 7, 2005 for the same sum of **$18,783.78** against the goods, effects and credits, of the said Defendant in the hands and possession of Putnam Capital Appreciation Fund, Putnam New Opportunities Fund, Putnam Vista Fund, Putnam International Equity Fund, Putnam International Capital Opportunities Fund, and Putnam New Value Fund, Trustees of the said Defendant, as to us appears of record, whereof execution remains to be done:

WE COMMAND you, therefore, that of the goods, chattels or lands, of the said Defendant, in his own hands and possession, and of the goods, effects and credits of the said Defendant, in the hands and possession of the said Trustee, jointly and severally, you cause to be paid and satisfied unto the said Plaintiff, at the value thereof in money, the

aforesaid sums, being **$18,783.78** in the whole, with interest thereon from the said day of the rendition of said judgment, and thereof also to satisfy yourself for your own fees.

**HEREOF FAIL NOT** and make due return of this Writ with your doings thereon into the Clerk's office of our said Court, at Boston, Massachusetts within twenty (20) years after the date of said judgment or within ten (10) days after this Writ has been satisfied or discharged.

Dated at Boston, Massachusetts this 17 day of October, 2005.

By: _Paul S. Lyness_
Deputy Clerk